■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JERALD D. HOLLAND, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Erie County Court, Wolfgang, J.—assault, second degree.) Present—Dillon, P. J., Doerr, Boomer, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SAMUEL HILTON, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, Marshall, J.—attempted robbery, first degree.) Present—Callahan, J. P., Denman, O'Donnell, Pine and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK BRAGGS, JR., Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Supreme Court, Erie County, McGowan, J.—assault, third degree.) Present—Callahan, J. P., Doerr, Green, O'Donnell and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ELAINE JONES, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from judgment of Erie County Court, McCarthy, J.—attempted grand larceny, third degree.) Present—Callahan, J. P., Doerr, Green, O'Donnell and Pine, JJ.